JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDRAE R. JONES,<br><br>    Plaintiff,<br><br>    vs.<br><br>GLORIA MOLINA et al.,<br><br>    Defendants. | CASE NO. CV 09-00255 MMM (VBK)<br><br>JUDGMENT FOR DEFENDANTS |

Pursuant to the order of the court modifying in part and adopting in part the recommendations of the United States Magistrate Judge, and dismissing the First Amended Complaint with prejudice,

IT IS ADJUDGED that the action be dismissed with prejudice.

DATED: March 9, 2012

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE